**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| IN RE: | |
| BRENDAN J. O'LEARY, et al., | Case No.: 23-13531 |
| Debtors. | Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(g), 9007 and 9010, that the appearance of Mitchell B. Weitzman, Esq. and the law firm of Jackson & Campbell, P.C. be entered in this case on behalf the Creditor, EB Rockville, LLC, and its management agent, Elion Services, LLC, and that an entry be made on the Clerk's Matrix in this case and that all documents and pleadings filed with the Court and all notices which the Court and/or other parties provide in accordance with Rule 2002 be directed to the undersigned:

> Mitchell B. Weitzman, Esq.
> JACKSON & CAMPBELL, P.C.
> 2300 N Street, N.W., Suite 300
> Washington, DC 20037
> Telephone: (202) 457-1600
> Facsimile: (202) 457-1678
> Email: mweitzman@jackscamp.com

Dated: November 9, 2023

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ Mitchell B. Weitzman
Mitchell B. Weitzman (FBN 06807)
2300 N Street, N.W., Suite 300
Washington, DC 20037
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
Email: mweitzman@jackscamp.com
*Counsel for Creditor*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2023, a copy of the foregoing *Entry of Appearance and Request for Notice* was served via electronic mail through the Court's electronic filing system or via first class mail, or in lieu thereof by electronic means upon the following:

Robert Grossbart, Esq.
Grossbart, Portney & Rosenberg
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201
*Counsel for Debtors*

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742
*Trustee*

                                          */s/ Mitchell B. Weitzman*
                                          Mitchell B. Weitzman